IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY MARK McCARTHA, #236602, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 3:12-cv-891-WHA |
| ) | |
| J. C. GILES, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #16), entered on September 24, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice as the petition was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d).  Final Judgment will be entered accordingly.

DONE this 19th day of October, 2015.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE